```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916)554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR CRIMINAL COMPLAINT, SEARCH AND ARREST WARRANTS | Case No. 2:12-mj-0224 DAD<br><br>REQUEST TO UNSEAL CRIMINAL COMPLAINT, ARREST WARRANTS AND AFFIDAVIT |
|---|---|

The search and arrest warrants in the above-captioned proceeding were executed on August 30, 2012. As a result, there is no need for the arrest warrants, search warrants, criminal complaint or the supporting affidavit to remain under seal. Accordingly, the United States asks that the Court order that the Criminal Complaint, Arrest Warrants, Search Warrants and Affidavit of IRS Special Agent Jason Lamb in support thereof be unsealed.

                        BENJAMIN B. WAGNER
                        United States Attorney

DATED: August 30, 2012
                by: /s/ Todd D. Leras
                    TODD D. LERAS
                    ASSISTANT U.S. ATTORNEY

BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR CRIMINAL COMPLAINT SEARCH AND ARREST WARRANTS | Case No.  2:12-mj-0224 DAD<br><br>ORDER RE: REQUEST TO UNSEAL CRIMINAL COMPLAINT, SEARCH AND ARREST WARRANTS AND SUPPORTING AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Criminal Complaint, Search Warrants, and Arrest Warrants, and Affidavit of IRS Special Agent Jason Lamb in support thereof in the above-captioned proceeding be and are hereby unsealed.

DATED: August 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
12mj0244unsealingorder.0830