**FILED**
August 30, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NUMBER: 2:12-mj-00224-DAD |
| Plaintiff,        ) | |
| v.        ) | ORDER FOR RELEASE |
|         ) | OF PERSON IN CUSTODY |
| TATYANA SHVETS,        ) | |
| Defendant.        ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Tatyana Shvets; Case 2:12-mj-00224-DAD from custody and for the following reasons:

     \_     Release on Personal Recognizance

     \_     Bail Posted in the Sum of _____

     X     Unsecured Appearance Bond in the amount of $100,000.00, co-signed by defendant's mother and sister

     \_     Appearance Bond with 10% Deposit

     \_     Appearance Bond secured by Real Property

     \_     Corporate Surety Bail Bond

     X     (Other) Pretrial Supervision/Conditions;

Issued at   Sacramento, CA   on   8/30/2012   at   2:37  .

By _____
DALE A. DROZD
United States Magistrate Judge