```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEKSANDR LASTOVSKIY, and<br>TATYANA SHVETS,<br><br>　　　　Defendants. | No. 2:12-cr-00322 MCE<br><br>STIPULATION AND PROTECTIVE ORDER REGARDING DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFICATION INFORMATION |

   IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Todd D. Leras, Assistant United States Attorney, on behalf of the government, Matthew Scoble, Assistant Federal Defender, on behalf of defendant Aleksandr Lastovskiy, and Attorney Bruce Locke on behalf of defendant Tatyana Shvets, that the documents to be provided as discovery in this case are subject to a Protective Order.

   Defendants are charged with various offenses related to an alleged fraudulent tax refund scheme. The parties agree that discovery in the case necessarily contains Protected Information.

1

The phrase "Protected Information" as used in this stipulation and order includes victim and witness Social Security Numbers, Driver's License Numbers, dates of birth, addresses, telephone numbers, and e-mail addresses. This Protective Order extends to all documents provided by the government to defense counsel in this case, including those items related to conduct not charged in the Indictment.

By signing this Stipulation and Protective Order, defense counsel agree not to share any documents containing Protected Information in unredacted form with any person other than primary counsel, assisting counsel, designated defense investigators, and support staff. Defense counsel may allow their clients to view unredacted documents in the presence of their respective attorneys, investigators and/or appropriate support staff.

The parties further agree that defense counsel, investigators, and support staff shall not permit any defendant to copy, either in writing or by other means, Protected Information contained in the discovery. Defense counsel, investigators and support staff may provide their respective clients with copies of documents from which all Protected Information has been redacted.

In the event that either defendant substitutes counsel, the undersigned attorneys agree to withhold documents containing Protected Information from new counsel until such time as substituted counsel agrees to be bound by this Protective Order.

///

///

This stipulation and protective order has been provided to defense counsel for their review.  Following review of its contents, Assistant U.S. Attorney Todd Leras has been authorized via e-mail to sign this stipulation on behalf of Attorney Bruce Locke and Assistant Federal Defender Matthew Scoble.

DATED: September 17, 2012      By:   /s/ Todd D. Leras
                                     TODD D. LERAS
                                     Assistant U.S. Attorney

DATED: September 17, 2012      By:   /s/ Todd D. Leras for
                                     MATTHEW SCOBLE
                                     Attorney for Defendant
                                     ALEKSANDR LASTOVSKIY

DATED: September 17, 2012      By:  /s/ Todd D. Leras for
                                     BRUCE LOCKE
                                     Attorney for Defendant
                                     TATYANA SHVETS

**ORDER**

FOR GOOD CAUSE SHOWN, pursuant to the stipulation of counsel, Protected Information provided to defense counsel by the government as discovery in Case Number S-12-322 MCE shall:

   1.  Be shared in unredacted format only among primary counsel, assisting counsel, designated defense investigators, and support staff;

   2.  Be viewed by a defendant in unredacted format only in the presence of his or her attorney, investigator, and/or appropriate support staff; and

///

3. Be provided to a defendant only in a copy from which all Protected Information has been redacted.

No person shall permit a Defendant to copy, either in writing or by other means, Protected Information contained in the discovery.  No person shall provide substitute counsel with documents containing Protected Information until such time as substitute counsel has agreed to be bound by this Protective Order.

IT IS SO ORDERED

Dated: September 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE