LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Defendant
ALEKSANDR MIKHAYLOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEKSANDR LASTOVSKIY, et al.,<br><br>Defendants. | Case No. 2:12-CR-00322-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME**<br><br>Date:   November 16, 2012<br>Time:   1:00 p.m.<br>Judge: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Todd D. Leras; defendant Aleksandr Lastovskiy, through counsel Matthew Scoble; defendant Tatyana Shvets, through counsel Bruce Locke; defendant Aleksandr Mikhaylov, through counsel Scott L. Tedmon; and defendant Hovik Mkrtchian, through counsel Richard E. Nahigian; hereby stipulate and agree as follows:

1. A status conference is currently set for November 16, 2012 at 1:00 p.m.

2. By this stipulation, the above-named defendants now move to continue the status conference to February 21, 2013 at 9:00 a.m., and to exclude time between November 16, 2012 and February 21, 2013 under Local Codes T2 and T4.  Plaintiff does not oppose this request.

1    3. The basis upon which the parties agree to this proposed continuance of the status
2 conference is as follows:
3    a.   The government has recently produced discovery to defense counsel which contains
4         loan files, transaction documents, and investigative materials. Defense counsel
5         need time to review the discovery, consult with their respective client, and conduct
6         independent investigation. Further, all of the above-named counsel need additional
7         time to consult with their respective client to determine how best to proceed.
8    b.   Counsel for each defendant believes that failure to grant the above-requested
9         continuance would deny their respective client reasonable time necessary for
10        effective preparation and on that basis, time should be excluded pursuant to 18
11        U.S.C. § 3161(h)(7)(B)(iv), [Local Code T4], taking into account the exercise of
12        due diligence, and the parties agree to such a finding.
13   c.   The discovery in this case and the facts of the alleged conspiracy are "complex"
14        within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2]. The parties
15        request the Court find this case to be "complex" and exclude time pursuant to Local
16        Code T2, and the parties agree to such a finding of complexity.
17   d.   Plaintiff does not object to the continuance.
18   e.   Based on the above-stated findings, the ends of justice served by continuing the
19        status conference as requested outweigh the best interest of the public and the
20        defendants in a trial within the original date prescribed by the Speedy Trial Act.
21   f.   For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161,
22        et seq., within which trial must commence, the time period from November 16,
23        2012 to February 21, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.
24        § 3161(h)(7)(a), B(ii) and (iv); [Local Code T2 and T4] because it results from a
25        continuance by the Court at the defendants request on the basis of the Court's
26        finding that the ends of justice served by taking such action outweigh the best
27        interest of the public and the defendants in a speedy trial.
28

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: November 13, 2012          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff United States

DATED: November 13, 2012          DANIEL BRODERICK
                                  Office of the Federal Defender

                                  /s/ Matthew Scoble
                                  MATTHEW SCOBLE
                                  Assistant Federal Defender
                                  Attorney for Defendant Aleksandr Lastovskiy

DATED: November 13, 2012          LAW OFFICES OF MOSS & LOCKE

                                  /s/ Bruce Locke
                                  BRUCE LOCKE
                                  Attorney for Defendant Tatyana Shvets

DATED: November 13, 2012          LAW OFFICES OF SCOTT L. TEDMON

                                  /s/ Scott L. Tedmon
                                  SCOTT L. TEDMON
                                  Attorney for Aleksandr Mikhaylov

DATED: November 13, 2012          LAW OFFICES OF RICHARD E. NAHIGIAN

                                  /s/ Richard E. Nahigian
                                  RICHARD E. NAHIGIAN
                                  Attorney for Defendant Hovik Mkrtchian

**ORDER**

IT IS SO FOUND AND ORDERED.

The status conference, currently scheduled for November 16, 2012, is **continued to February 21, 2013 at 9:00 a.m.** in Courtroom 7. The time period between November 16, 2012 and February 21, 2013 is excluded under Local Codes T2 and T4.

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE