```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEKSANDR LASTOVSKIY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ALEKSANDR LASTOVSKIY, et al.,<br><br>        Defendant. | Case No. 2:12-cr-00322-MCE<br><br>**STIPULATION AND ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: May 2, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ALEKSANDR LASTOVSKIY, BRUCE LOCKE, attorney for TATYANA SHVETS, SCOTT TEDMON, attorney for ALEKSANDR MIKHAYLOV and RICHARD NAHIGIAN, attorney for HOVIK MKRTCHIAN, that the status conference hearing date of February 21, 2013 be vacated, and the matter be set for status conference on May 2, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under

1  the Speedy Trial Act should be excluded from the date of signing of
2  this order through and including May 2, 2013 pursuant to 18 U.S.C.
3  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
4  T4 based upon continuity of counsel and defense preparation.

DATED: February 19, 2013.                    Respectfully submitted,

                                             JOSEPH SCHLESINGER
                                             Acting Federal Public Defender


                                             /s/ Matthew Scoble
                                             MATTHEW SCOBLE
                                             Designated Counsel for Service
                                             Attorney for ALEKSANDR LASTOVSKIY

                                             /s/ Matthew M. Scoble for
                                             BRUCE LOCKE
                                             Attorney for TATYANA SHVETS

                                             /s/ Matthew M. Scoble for
                                             SCOTT TEDMON
                                             Attorney for ALEKSANDR MIKHAYLOV

                                             /s/ Matthew M. Scoble for
                                             RICHARD NAHIGIAN
                                             Attorney for HOVIK MKRTCHIAN

DATED: February 19, 2013.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Matthew Scoble for
                                             TODD LERAS
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

2

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 21, 2013, status conference hearing be continued to May 2, 2013, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the May 2, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

3