BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-12-0322 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| HOVIK MKRTCHIAN, TATYANA SHVETS, and ALEKSANDR MIKHAYLOV, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Richard Nahigian on behalf of Defendant HOVIK Mkrtchian, Attorney Scott Tedmon on behalf of Defendant Aleksandr Mikhaylov, and Attorney Bruce Locke on behalf of Defendant Tatyana Shvets, that the status conference scheduled for May 2, 2013, be continued to July 25, 2013, at 9:00 a.m.

   The request to continue the status conference is made for several reasons.  On April 25, 2013, co-defendant Aleksandr Lastovskiy appeared before United States Magistrate Judge Carolyn

1

1  K. Delaney to request that new counsel be appointed to replace
2  the Federal Defender's Office.  Judge Delaney granted the request
3  and confirmed the status conference to allow replacement counsel
4  to make an initial appearance on May 2, 2013.  Defendant
5  Lastovksiy's new attorney will need time to review and discuss
6  the matter with Lastovskiy.  In addition, the government has
7  received additional discovery which is being provided to defense
8  counsel this week.  All other defense counsel will therefore need
9  time to review this additional information and discuss it with
10 their respective clients.
11      The government and defendants agree that an exclusion of
12 time is appropriate under 18 U.S.C. 3161(h)(7)(B)(iv); Local Code
13 T4 (reasonable time to prepare).  This exclusion of time includes
14 the period from May 2, 2013, up to and including July 25, 2013.
15      Richard Nahigian, Scott Tedomon, and Bruce Locke agree to
16 this request and have authorized Assistant United States Attorney
17 Todd D. Leras to sign this stipulation on their behalf.

DATED: April 29, 2013          By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

DATED: April 29, 2013          By: /s/ Todd D. Leras for
                                   RICHARD NAHIGIAN
                                   Attorney for Defendant
                                   HOVIK MKRTCHIAN

DATED: April 29, 2013          By: /s/ Todd D. Leras for
                                   BRUCE LOCKE
                                   Attorney for Defendant
                                   TATYANA SHVETS

DATED: April 29, 2013                By: /s/ Todd D. Leras for
                                         SCOTT TEDMON
                                         Attorney for Defendant
                                         ALEKSANDR MIKHAYLOV

**IT IS HEREBY ORDERED:**

1. The status conference set for May 2, 2013, is continued to July 25, 2013, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from May 2, 2013, up to and including July 25, 2013.

IT IS SO ORDERED.

Date: April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT