```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   501 I Street, Suite 10-100
3  Sacramento, CA  95814
   (916) 554-2918
4
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR: S-12-0322 MCE |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONVERENCE** |
| v. ) | |
| ALEKSANDR LASTOVSKIY, HOVIK MKRTCHIAN, TATYANA SHVETS, and ALEKSANDR MIKHAYLOV, ) | |
| Defendants ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Richard Nahigian on behalf of Defendant HOVIK Mkrtchian, Attorney Scott Tedmon on behalf of Defendant Aleksandr Mikhaylov, Attorney Bruce Locke on behalf of Defendant Tatyana Shvets, and Attorney Michael Chastaine on behalf of Defendant Aleksandr Lastovskiy, that the status conference scheduled for September 26, 2013, be continued to December 5, 2013, at 9:00 a.m.

1

1    The request to continue the status conference is made on the
2 ground that defense counsel needs additional preparation time.
3 The government has released a new round of discovery related to
4 the charged fraudulent tax return scheme. Defense counsel will
5 require additional time to review the reports and conduct
6 appropriate follow-up investigation. In addition, defense
7 counsel will need to consult with their respective clients
8 regarding the impact of the new information on potential defenses
9 available in the case.

10    The government and defendants agree that an exclusion of
11 time is appropriate under 18 U.S.C. 3161(h)(7)(B)(iv); Local Code
12 T4 (reasonable time to prepare). This exclusion of time includes
13 the period from September 26, 2013, up to and including December
14 5, 2013.

15    Richard Nahigian, Scott Tedomon, Michael Chastaine, and
16 Bruce Locke agree to this request and have authorized Assistant
17 United States Attorney Todd D. Leras to sign this stipulation on
18 their behalf following a review of it.

DATED: September 19, 2013          By: /s/ Todd D. Leras
                                       TODD D. LERAS
                                       Assistant U.S. Attorney

DATED: September 19, 2013

                                   By: /s/ Todd D. Leras for
                                       RICHARD NAHIGIAN
                                       Attorney for Defendant
                                       HOVIK MKRTCHIAN


DATED: September 19, 2013          By: /s/ Todd D. Leras for
                                       BRUCE LOCKE
                                       Attorney for Defendant
                                       TATYANA SHVETS

2

```
DATED: September 19, 2013          By: /s/ Todd D. Leras for
                                       SCOTT TEDMON
                                       Attorney for Defendant
                                       ALEKSANDR MIKHAYLOV


DATED: September 19, 2013          By: /s/ Todd D. Leras for
                                       MICHAEL CHASTAINE
                                       Attorney for Defendant
                                       ALEKSANDR LASTOVSKIY
```

**IT IS HEREBY ORDERED:**

1. The status conference set for September 26, 2013, is continued to December 5, 2013, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from September 26, 2013, up to and including December 5, 2013.

IT IS SO ORDERED.

Dated:  September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT