LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
ALEKSANDR MIKHAYLOV

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ALEKSANDR LASTOVSKIY, et al., )<br><br>Defendants. )<br>_____ ) | Case No. 2:12-CR-0322-MCE<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE**<br><br>DATE:    December 5, 2013<br>TIME:    9:00 a.m.<br>JUDGE:  Morrison C. England, Jr. |

        The United States of America, by and through Assistant U.S. Attorney Heiko

P. Coppola; defendant Aleksandr Lastovskiy, by and through counsel Michael L.

Chastaine; defendant Tatyana Shvets, by and though counsel Bruce Locke;

defendant Aleksandr Mikhaylov, by and through counsel Scott L. Tedmon; and

defendant Hovik Mkrtchian, by and through counsel Richard E. Nahigian, hereby

stipulate and agree as follows:

        1.  The status conference is currently set for December 5, 2013 at 9:00 a.m.

        2.  By this stipulation, the above-named defendants now move to continue

the status conference to Thursday, January 9, 2014 at 9:00 a.m., and to exclude

time from December 5, 2013 through January 9, 2014 under Local Code T4. Plaintiff does not oppose this request.

3.  The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

a.  The government has produced discovery which to date includes approximately 1,000 pages containing witness statements, banking records, and investigative materials.  The government advises it will be producing additional discovery to defense counsel.  As such, defense counsel needs additional time to review and analyze the additional discovery produced by the government, conduct independent defense investigation, and consult with their respective clients.

b.  Counsel for each defendant believes that failure to grant the above-requested continuance would deny their respective client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.  Plaintiff does not object to the continuance.

d.  Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e.  For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from December 5, 2013 to January 9, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(a), B(iv); [Local

Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that the additional time periods are excludable from the period within which a trial must commence.

5.  Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

Based on the foregoing, the undersigned parties agree and stipulate the December 5, 2013 status conference be continued to January 9, 2014 at 9:00 a.m.

**IT IS SO STIPULATED**.

DATED:  November 29, 2013    BENJAMIN B. WAGNER
United States Attorney

/s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney


DATED:  November 29, 2013    LAW OFFICES OF MICHAEL L. CHASTAINE

/s/ Michael L. Chastaine
MICHAEL L. CHASTAINE
Attorney for Defendant Aleksandr Lastovskiy


DATED:  November 29, 2013    LAW OFFICES OF MOSS & LOCKE

/s/ Bruce Locke
BRUCE LOCKE
Attorney for Defendant Tatyana Shvets

1  DATED:  November 29, 2013          LAW OFFICES OF SCOTT L. TEDMON

2
                                      /s/ Scott L. Tedmon
3                                     SCOTT L. TEDMON
                                      Attorney for Defendant Aleksandr Mikhaylov
4

5  DATED:  November 29, 2013          LAW OFFICES OF RICHARD E. NAHIGIAN

6
                                      /s/ Richard E. Nahigian
7                                     RICHARD E. NAHIGIAN
                                      Attorney for Defendant Hovik Mkrtchian
8

9

10

11                                        **ORDER**

12

13          IT IS SO ORDERED.

14  Dated:  December 3, 2013

15

16

17  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
18  UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

---

Stipulation and Order                          Case No. 2:12-CR-0322-MCE