BRUCE LOCKE
Moss & Locke
800 Howe Avenue, Ste 110
Sacramento, California 95825
(916) 719-3194
blocke@mosslocke.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TATYANA SHVETS, et. al.,<br><br>Defendants. | Case No. 2:12-cr-00322-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE FROM MARCH 14, 2014 TO JUNE 12, 2014 AT 9:00 A.M.** |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Alexsandr Lastovskiy, Tatyana Shvets, Aleksandr Mikhaylov, and Hovik Mkrtchian by and through their defense counsel, and the United March 14, 2014 of America by and through its counsel, Assistant U.S. Attorney Heiko Coppola, that the status conference presently set for March 14, 2014 at 9:00 a.m., should be continued to June 12, 2014 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from March 14, 2014 through June 12, 2014. The reason for the continuance is that the case is a fraud case that involves bank fraud and false tax returns and is, therefore, complex. The defense needs additional time to review the discovery and to investigate the cases. Additionally, the parties are attempting to resolve the case without a trial. Accordingly, the time between March 14, 2014 and June 12, 2014 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this

continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. '3161(h)(7)(A).  The defense counsel set forth below and the prosecutor have authorized Bruce Locke to sign this pleading for them.

DATED: March 6, 2014         /S/ Bruce Locke
                             BRUCE LOCKE
                             Attorney for Tatyana Shvets

DATED: March 6, 2014         /S/ Bruce Locke
                             MICHAEL CHASTAIN
                             Attorney for Alexsandr Lastovskiy

DATED: March 6, 2014         /S/ Bruce Locke
                             SCOTT TEDMON
                             Attorney for Aleksandr Mikhaylov

DATED: March 6, 2014         /S/ Bruce Locke
                             RICHARD NAHIGIAN
                             Attorney for Hovik Mkkrtchian

DATED: March 6, 2014            /S/ Bruce Locke
                             For HEIKO COPPOLA
                             Attorney for the United States

## ORDER

The status conference presently set for March 14, 2014 at 9:00 a.m., is hereby continued to June 12, 2014 at 9:00 a.m., and time under the Speedy Trial Act will be excluded from March 14, 2014 through June 12, 2014 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  March 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT