JOSEPH A. WELCH, ESQ.
Hintz & Welch
1006 4th Street, Suite 220
Sacramento, California 95814
(916) 444-5203
joewelchlaw@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>TATYANA SHVETS, et. al.,<br><br>     Defendants. | Case No.   2:12-CR-0322 MCE<br><br>**AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM SEPTEMBER 4, 2014 TO DECEMBER 4, 2014** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys, Heiko Coppolla, Assistant United States Attorney, Kenny N. Giffard, attorney for Aleksandr Lastovski, Joseph A. Welch, attorney for Tatyana Shvets, Scott Tedmon, Attorney for Aleksandr Mikhaylov and Richard Nahigian, attorney for Hovik Mkrtchian, that the status conference date of Thursday, September 4, 2014 should be continued to a mutually agreed upon date.  The continuance is necessary, as counsel for Shvets has recently entered the case and counsel for all parties are still reviewing discovery, meeting with the respective clients and investigating information as well as researching various possible resolutions.

IT IS SO STIPULATED that the period of time from September 4, 2014 up to and including December 4, 2014.

Accordingly, the time between September 4, 2014 and December 4, 2014 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section

3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A).

September 11, 2014         /s/ Kenneth Giffard
                           KENNETH N. GIFFARD
                           Attorney for Alexsandr Lastovskiy

September 11, 2014         /s/ Scott Tedmon
                           SCOTT TEDMON
                           Attorney for Alexsandr Mikhaylov

September 11, 2014         /s/ Joseph A. Welch
                           JOSEPH A. WELCH
                           Attorney for Tatyana Shvets

September 11, 2014         /s/ Richard Nahigian
                           RICHARD NAHIGIAN
                           Attorney for Hovik Mkrtchian

September 11, 2014         /s/ Heiko Coppola
                           HEIKO COPPOLA
                           Attorney for the United States

**ORDER**

The status conference presently set for September 4, 2014 at 9:00 A.M., is hereby CONTINUED to December 4, 2014 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from September 4, 2014 through December 4, 2014 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  September 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT