1  JOSEPH A. WELCH, ESQ.
2  Hintz & Welch
3  1006 4th Street, Suite 220
4  Sacramento, California 95814
5  (916) 444-5203
6  joewelchlaw@yahoo.com
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No.  2:12-CR-0322 MCE |
| 12               Plaintiff, | |
| 13        v. | **STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE FROM DECEMBER 4, 2014 TO MARCH 26, 2015** |
| 14  TATYANA SHVETS, et. al., | |
| 15               Defendants. | |

16

17       IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys,
18  Heiko Coppolla, Assistant United States Attorney, Kenny N. Giffard, attorney for Aleksandr
19  Lastovski, Joseph A. Welch, attorney for Tatyana Shvets, Scott Tedmon, Attorney for Aleksandr
20  Mikhaylov and Richard Nahigian, attorney for Hovik Mkrtchian, that the status conference date
21  of Thursday, December 4, 2014 should be continued to March 26, 2015.  The continuance is
22  necessary, as counsel for Shvets has recently entered the case and counsel for all parties are still
23  reviewing discovery, meeting with the respective clients and investigating information as well as
24  researching various possible resolutions.
25       IT IS SO STIPULATED that the period of time from December 4, 2014 up to and
26  including March 26, 2015.
27       Accordingly, the time between December 4, 2014 and March 26, 2015 should be excluded
28  from the Speedy Trial calculation pursuant to Title 18, United States Code, Section

3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A).

December 2, 2014          /s/ Kenneth Giffard
                          KENNETH N. GIFFARD
                          Attorney for Alexsandr Lastovskiy

December 2, 2014          /s/ Scott Tedmon
                          SCOTT TEDMON
                          Attorney for Alexsandr Mikhaylov

December 2, 2014          /s/ Joseph A. Welch
                          JOSEPH A. WELCH
                          Attorney for Tatyana Shvets

December 2, 2014          /s/ Richard Nahigian
                          RICHARD NAHIGIAN
                          Attorney for Hovik Mkrtchian

December 2, 2014          /s/ Heiko Coppola
                          HEIKO COPPOLA
                          Attorney for the United States

**ORDER**

The status conference presently set for December 4, 2014 at 9:00 A.M., is hereby continued to March 26, 2015 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from December 4, 2014 through March 26, 2015 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation.

///

///

///

///

///

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: December 2, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT