JOSEPH A. WELCH, ESQ.
Hintz & Welch
1006 4th Street, Suite 220
Sacramento, California 95814
(916) 444-5203
joewelchlaw@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TATYANA SHVETS, et. al.,<br><br>Defendants. | Case No.  2:12-CR-0322 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE FROM JUNE 4, 2015 TO SEPTEMBER 24, 2015** |

    IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys, Heiko Coppolla, Assistant United States Attorney, Kenny N. Giffard, attorney for Aleksandr Lastovski and Joseph A. Welch, attorney for Tatyana Shvets, that the status conference date of Thursday, June 4, 2014 should be continued to Thursday, September 24, 2015.  The continuance is necessary, as all parties are still reviewing discovery, meeting with the respective clients and investigating information as well as researching various possible resolutions.

    IT IS SO STIPULATED that the period of time from June 4, 2015 up to and including September 24, 2015.

    Accordingly, the time between June 4, 2015 and September 24, 2015 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the

1

defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A).

| | |
|---|---|
| June 3, 2015 | /s/ Kenneth Giffard<br>KENNETH N. GIFFARD<br>Attorney for Alexsandr Lastovskiy |
| June 3, 2015 | /s/ Joseph A. Welch<br>JOSEPH A. WELCH<br>Attorney for Tatyana Shvets |
| June 3, 2015 | /s/ Heiko Coppola<br>HEIKO COPPOLA<br>Attorney for the United States |

**ORDER**

The status conference presently set for June 4, 2015 at 9:00 A.M., is hereby continued to September 24, 2015 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from June 4, 2015 through September 24, 2015 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  June 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT