KENNY N. GIFFARD, State Bar No. 101727
Attorney at Law
2865 Sunrise Boulevard, Suite 224
Rancho Cordova, California 95742
Telephone: (916) 631-4226

Attorney for Defendant
ALEKSANDR LASTOVSKIY


# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    **Case No. 2:12-cr-00322-MCE**

      Plaintiffs,                              **STIPULATION AND ORDER**

vs.

ALEKSANDR LASTOVSKIY, et al,

      Defendants.
_____/

    It is hereby stipulated and agreed-to by the United States of America

through HEIKO COPPOLA, Assistant United States Attorney, defendant ALEKSANDR

LASTOVSKIY, by and through his attorney, KENNY N. GIFFARD, and defendant

TATYANA SHEVETS, by and through her attorney, JOSEPH A. WELCH, that the status

conference set for Thursday, September 24, 2015, be continued to a status conference on

Thursday, December 3, 2015, at 9:00 a.m.  This continuance is being requested because defense

counsel needs time to prepare for trial, to review discovery, and to interview witnesses.  The

discovery already presented to the defendant in this case is voluminous and comprises numerous

cd's which need to be translated, and several thousand pages of investigative reports.

    Most recently, the government had provided this defendant with a number

of cd's and partially translated recordings of purported contacts between the defendant

and others wherein activity related to the charged offenses was then occurring.  Counsel

for the defendant had to have those translated and the contents therein investigated in

1 preparation for trial.  This also included an investigation done of the associated activities

2 of the government's primary witness against the defendant.

3     Furthermore, Assistant United States Attorney Heiko Coppola will be out of

4 the Sacramento area on official business on the date of the September 24, 2015, hearing.

5     Lastly, the parties stipulate and agree that the interests of justice served by

6 granting this continuance outweigh the best interests of the public and the defendant in a

7 speedy trial.  (18 U.S.C. §3161(h)(A)).

8     Speedy trial time is to be excluded from the date of this order through the

9 date of the status conference set for December 3, 2015, pursuant to 18 U.S.C. §

10 3161(h)(7)(B)(iv) (reasonable time to prepare) (Local Code T4).

11 Dated: September 23, 2015

12 Dated:  September 23, 2015                                    Respectfully submitted,

13                                                               /s/  Kenny N. Giffard
14                                                              KENNY N. GIFFARD
                                                              Attorney for Defendant
15                                                              ALEXANDR LASTOVSKIY

16

17                                                               /s/  Kenny N. Giffard for
18                                                              JOSEPH WELCH
                                                              Attorney for Defendant
19                                                              TATYANA SHEVTS

20

21

22                                                               /s/  Kenny N. Giffard for
23                                                              HEIKO P. COPPOLA
                                                              Assistant U.S. Attorney
24

25

26

27

28

2

# ORDER

Based upon the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based upon these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including December 3, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (reasonable time for defense counsel to prepare and Local Code T4.) A new status conference date is hereby set for December 3, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  September 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT