JOSEPH A. WELCH, ESQ.
Law Offices Joseph A. Welch
1006 4th Street, Suite 220
Sacramento, California 95814
(916) 444-5501
joewelchlaw@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TATYANA SHVETS, et. al.,<br><br>    Defendants. | Case No.   2:12-CR-0322 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE FROM DECEMBER 3, 2015 TO MARCH 31, 2016** |

   IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys, Heiko Coppolla, Assistant United States Attorney, Kenny N. Giffard, attorney for Aleksandr Lastovski, Joseph A. Welch, attorney for Tatyana Shvets, that the status conference date of Thursday, December 3, 2015 should be continued to March 31, 2016.  The continuance is necessary, as counsel are still reviewing discovery, meeting with the respective clients and investigating information as well as researching various possible resolutions.

   IT IS SO STIPULATED that the period of time from December 3, 2015 up to and including March 31, 2016.  Accordingly, the time between December 3, 2015 and March 31, 2016 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.

///

///

///

///

1

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1  The parties stipulate that the ends of justice served by granting this continuance outweigh the best
2  interests of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A).

|  |  |
|---|---|
| December 2, 2015 | /s/ Joseph A. Welch for<br>KENNY N. GIFFARD<br>Attorney for Alexsandr Lastovskiy |
| December 2, 2015 | /s/ Joseph A. Welch<br>JOSEPH A. WELCH<br>Attorney for Tatyana Shvets |
| December 2, 2015 | /s/ Joseph A. Welch for<br>HEIKO COPPOLA<br>Attorney for the United States |

**ORDER**.

The status conference presently set for December 3, 2015 at 9:00 A.M., is hereby continued to March 31, 2016 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from December 3, 2015 through March 31, 2016 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  December 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT