1

JOSEPH A. WELCH, ESQ.
Law Offices Joseph A. Welch

2

828 University Avenue
Sacramento, California 95825

3

(916) 444-5501

4

joewelchlaw@yahoo.com

5

6

UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9

UNITED STATES OF AMERICA,

Case No.   2:12-CR-0322 MCE

10

Plaintiff,

11

v.

**STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM MARCH 25, 2016 TO MAY 27, 2016**

12

TATYANA SHVETS, et. al.,

13

Defendants.

14

15

IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys,

16

Heiko Coppolla, Assistant United States Attorney, Kenny N. Giffard, attorney for Aleksandr

17

Lastovski, Joseph A. Welch, attorney for Tatyana Shvets, Kelly Babineau, attorney for Andrey

18

Lungu, and Robert M. Wilson, attorney for Aleksandr Maslov, that the status conference date of

19

Friday, March 25, 2016 should be continued to Friday, May 27, 2016.   The continuance is

20

necessary, as counsel are still reviewing discovery, meeting with the respective clients and

21

investigating information as well as researching various possible resolutions.

22

IT IS SO STIPULATED that the period of time from March 25, 2016 up to and including

23

May 27, 2016.

24

///

25

///

26

///

27

///

28

///

1

1     Accordingly, the time between March 25, 2016 and May 27, 2016 should be excluded

2  from the Speedy Trial calculation pursuant to Title 18, United States Code, Section

3  3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends

4  of justice served by granting this continuance outweigh the best interests of the public and the

5  defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A).

6

7     March 25, 2016                    /s/ Kenny N. Giffard
                                         KENNY N. GIFFARD
8                                        Attorney for Alexsandr Lastovskiy

9     March 25, 2016                    /s/ Joseph A. Welch
                                         JOSEPH A. WELCH
10                                       Attorney for Tatyana Shvets

11

12    March 25, 2016                    /s/ Kelly Babineau
                                         KELLY BABINEAU
13                                       Attorney for Andrey Lungu

14    March 25, 2016                    /s/ Robert M. Wilson
                                         ROBERT M. WILSON
15                                       Attorney for Aleksandr Maslov

16

17    March 25, 2016                    /s/ Heiko Coppola
                                         HEIKO COPPOLA
18                                       Attorney for the United States

19

20    IT IS SO ORDERED.

21  The status conference presently set for March 25 at 9:00 A.M., is hereby continued to
    May 27, 2016 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from March
22  25, 2016 through May 27, 2016 pursuant to Title 18, United States Code, Section
    3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the
23  parties in their stipulation.  The Court finds that the ends of justice served by granting this
    continuance outweigh the best interests of the public and the defendant in a speedy trial.
24

25    Dated:  March 25, 2016

26

27  _____
    GARLAND E. BURRELL, JR.
28  Senior United States District Judge

2