1  JOSEPH A. WELCH, ESQ.
   Law Offices Joseph A. Welch
2  828 University Avenue
   Sacramento, California 95825
3  (916) 444-5501
4  joewelchlaw@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TATYANA SHVETS, et. al.,<br><br>Defendants. | Case No.   2:12-CR-0322 MCE<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM MAY 27, 2016 TO JULY 29, 2016** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys, Heiko Coppolla, Assistant United States Attorney, Kenny N. Giffard, attorney for Aleksandr Lastovski, Joseph A. Welch, attorney for Tatyana Shvets, Kelly Babineau, attorney for Andrey Lungu, and Robert M. Wilson, attorney for Aleksandr Maslov, that the status conference date of Friday, May 27, 2016, should be continued to Friday, July 29, 2016.  The continuance is necessary, as counsel are still reviewing discovery, meeting with the respective clients and investigating information as well as researching various possible resolutions.

IT IS SO STIPULATED that the period of time from May 27, 2016, up to and including July 29, 2016.

///
///
///
///
///

1

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE

Accordingly, the time between May 27, 2016 and July 29, 2016 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A).

May 26, 2016         /s/ Kenny N. Giffard
                     KENNY N. GIFFARD
                     Attorney for Alexsandr Lastovskiy

May 26, 2016         /s/ Joseph A. Welch
                     JOSEPH A. WELCH
                     Attorney for Tatyana Shvets

May 26, 2016         /s/ Kelly Babineau
                     KELLY BABINEAU
                     Attorney for Andrey Lungu

May 26, 2016         /s/ Robert M. Wilson
                     ROBERT M. WILSON
                     Attorney for Aleksandr Maslov

May 26, 2016         /s/ Heiko Coppola
                     HEIKO COPPOLA
                     Attorney for the United States

IT IS SO ORDERED.

The status conference presently set for May 27, 2016 at 9:00 A.M., is hereby continued to July 29, 2016 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from May 27, 2016 through July 29, 2016 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 26, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE