JOSEPH A. WELCH, ESQ.
Law Offices Joseph A. Welch
828 University Avenue
Sacramento, California 95825
(916) 444-5501
joewelchlaw@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TATYANA SHVETS, et. al.,<br><br>Defendants. | Case No.  2:12-CR-0322 MCE<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM JULY 29, 2016 TO SEPTEMBER 30, 2016** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys, Heiko Coppolla, Assistant United States Attorney, Kenny N. Giffard, attorney for Aleksandr Lastovski, Joseph A. Welch, attorney for Tatyana Shvets, Kelly Babineau, attorney for Andrey Lungu, and Robert M. Wilson, attorney for Aleksandr Maslov, that the status conference date of Friday, July 29, 2016, should be continued to Friday, September 30, 2016.  The continuance is necessary, as counsel are still reviewing discovery, meeting with the respective clients and investigating information as well as researching various possible resolutions.

IT IS SO STIPULATED that the period of time from July 29, 2016, up to and including September 30, 2016.

///

///

///

///

///

1

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE

Accordingly, the time between July 29, 2016 and September 30, 2016 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A).

July 27, 2016                         /s/ Kenny N. Giffard
                                      KENNY N. GIFFARD
                                      Attorney for Alexsandr Lastovskiy

July 27, 2016                         /s/ Joseph A. Welch
                                      JOSEPH A. WELCH
                                      Attorney for Tatyana Shvets

July 27, 2016                         /s/ Kelly Babineau
                                      KELLY BABINEAU
                                      Attorney for Andrey Lungu

July 27, 2016                         /s/ Robert M. Wilson
                                      ROBERT M. WILSON
                                      Attorney for Aleksandr Maslov

July 27, 2016                         /s/ Heiko Coppola
                                      HEIKO COPPOLA
                                      Attorney for the United States


IT IS SO ORDERED.

The status conference presently set for July 29, 2016 at 9:00 A.M., is hereby continued to September 30, 2016 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from July 29, 2016 through September 30, 2016 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: July 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge