JOSEPH A. WELCH, ESQ.
Law Offices Joseph A. Welch
828 University Avenue
Sacramento, California 95825
(916) 444-5501
joewelchlaw@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TATYANA SHVETS, et. al.,<br><br>Defendants. | Case No.   2:12-CR-0322 GEB<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM SEPTEMBER 30, 2016 TO NOVEMBER 4, 2016** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys, Heiko Coppolla, Assistant United States Attorney, Kenny N. Giffard, attorney for Aleksandr Lastovski, Joseph A. Welch, attorney for Tatyana Shvets, Kelly Babineau, attorney for Andrey Lungu, and Robert M. Wilson, attorney for Aleksandr Maslov, that the status conference date of Friday, September 30, 2016, should be continued to Friday, November 4, 2016.  The continuance is necessary, as counsel are still reviewing discovery, meeting with the respective clients and investigating information as well as researching various possible resolutions.

IT IS SO STIPULATED that the period of time from September 30, 2016, up to and including November 4, 2016.

///

///

///

///

///

1

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE

Accordingly, the time between September 30, 2016 and November 4, 2016 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A).

September 28, 2016   /s/ Kenny N. Giffard
KENNY N. GIFFARD
Attorney for Alexsandr Lastovskiy

September 28, 2016   /s/ Joseph A. Welch
JOSEPH A. WELCH
Attorney for Tatyana Shvets

September 28, 2016   /s/ Kelly Babineau
KELLY BABINEAU
Attorney for Andrey Lungu

September 28, 2016   /s/ Robert M. Wilson
ROBERT M. WILSON
Attorney for Aleksandr Maslov

September 28, 2016   /s/ Heiko Coppola
HEIKO COPPOLA
Attorney for the United States

IT IS SO ORDERED.

The status conference presently set for September 30, 2016 at 9:00 A.M., is hereby continued to November4, 2016 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from September 30, 2016 through November 4, 2016 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  September 28, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge