KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ANDREY LUNGU

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:12-CR-0322GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) [PROPOSED] FINDINGS AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| | ) UNDER SPEEDY TRIAL ACT |
| ANDREY LUNGU, et al., | ) |
| | ) Date: April 21, 2017 |
| Defendants. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell. |

## STIPULATION

1. By previous order, this matter was set for status on April 21, 2017.

2. By this stipulation, defendants now move to continue the status conference until May 19, 2017, and to exclude time between April 21, 2017 and May 19, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government produced discovery associated with this case. The government has also made physical evidence available for review.

   b. Counsel for the defendants are still reviewing discovery, meeting with

respective clients, investigating information and negotiating various possible resolutions in this case..

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 21, 2017, 2016, to May 19, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 14, 2017  Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Andrey Lungu

Dated: April 14, 2017  /s/ Kenny N. Giffard by Kelly Babineau
KENNY N. GIFFARD
Attorney for Alexsandr Lastovskiy

Dated: April 14, 2017  /s/ Joseph A. Welch by Kelly Babineau
JOSEPH A. WELCH
Attorney for Tatyana Shvets

Dated: April 14, 2017  /s/ Robert M. Wilson by Kelly Babineau
ROBERT M. WILSON
Attorney for Alexsandr Maslov

Dated: April 14, 2017  /s/ Heiko Coppola by Kelly Babineau
HEIKO COPPOLA
Assistant U.S. Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 20, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge

-3-