| | |
|---|---|
| 1 | **Law Offices of Robert M. Wilson** |
| 2 | Robert M. Wilson, SBN: 122731 |
|   | 770 L Street, Suite 950 |
| 3 | Sacramento, CA 95814 |
|   | Telephone: (916) 441-0888 |
| 4 | RWilson@BusinessCounsel.net |
| 5 | ***ATTORNEYS FOR DEFENDANT*** |
|   | ALEKSANDR MASLOV |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:12-CR-0322 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND PROPOSED** |
| , | ) | **ORDER TO CONTINUE THE STATUS** |
| Aleksandr Maslov, et. al | ) | **CONFERENCE FROM JUNE 30, 2017** |
| . | ) | **TO AUGUST 25, 2017** |
| Defendants. | ) | |
| | ) | |

STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys, Heiko Coppolla, Assistant United States Attorney, Kenny N. Giffard, attorney for Aleksandr Lastovski, Joseph A. Welch, attorney for Tatyana Shvets, Kelly Babineau, attorney for Andrey Lungu, and Robert M. Wilson, attorney for Aleksandr Maslov, that the status conference date of Friday, June 30, 2017, should be continued to Friday, August 25, 2017. The parties further stipulate as follows:

1

**STIPULATION NAD PROPOSED ORDER TO CONTINUE STATUS CONFERECE**

1. By previous order, the status of the competency proceedings as to defendant Aleksandr Maslov in case number 2:12-CR-083 and 2:14-CR- 0322 was set for status conference on June 30, 2017.

2. On May 16, 2017, Dr. Samantha Shelton, the evaluator from the Metropolitan Detention Center in Los Angeles assigned to the defendant's evaluation,

3. The report of Dr. Shelton has been received and has been provided to Dr. McDermott at UC Davis to review.  Dr. McDermott has requested additional time to prepare a supplemental report.

4. All defendants are currently out of custody

5. Moreover, on May 19, 2017, this Court in case number 2:12-CR-083 GEB excluded time under the Speedy Trial Act within which trial must occur through June 30, 2017, pursuant to 18 U.S.C.§§ 3161(h)(7)(A), B(iv) [Local Code T4] and 3161(h)(1)(A) [Local Code A]. The parties hereby jointly request that this Court order further time excluded in this matter, 2:12-CR-0322, between the date of this Order and the contemplated June 30, 2017 status conference pursuant to Local Codes T4 and A. First, the discovery in this case is voluminous, and defense counsel continues to prepare for an eventual trial, justifying continued exclusion under Local Code T4. Independently, competency proceedings are underway, as the evaluator is currently compiling her evaluative report on that subject, justifying an exclusion under Local Code A. See United States v. Miranda, 986 F.2d 1283, 1294–85 (9th Cir. 1993) (holding that § 4241(a) time limits for competency evaluation do not limit excludable time for competency examinations under § 3161(h)(1)(A), and upholding exclusion of 106 days in which defendant's mental competency evaluation report was under preparation); accord United States v. Daychild, 357 F.3d 1082, 1094 (9th Cir. 2004).

6. The parties further stipulate the continuance is necessary, as counsel are still

reviewing discovery, meeting with the respective clients and investigating information as well as researching various possible resolutions.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED that the time between June 30, 2017 and August 25, 2017 should be excluded from the Speedy Trial calculation pursuant to 18 U.S.C.§§ 3161(h)(7)(A), B(iv) [Local Code T4] and 3161(h)(1)(A) [Local Code A] for defense preparation and the pending competency proceeding, based on the representations of the parties in their stipulation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A).

June 29, 2017 /s/ Kenny N. Giffard
KENNY N. GIFFARD
Attorney for Alexsandr Lastovskiy

June 29, 2017 /s/ Joseph A. Welch
JOSEPH A. WELCH
Attorney for Tatyana Shvets

June 29, 2017 /s/ Kelly Babineau
KELLY BABINEAU
Attorney for Andrey Lungu

June 29, 2017 /s/ Robert M. Wilson
ROBERT M. WILSON
Attorney for Aleksandr Maslov

June 29, 2017 /s/ Heiko Coppola
HEIKO COPPOLA
Attorney for the United States

IT IS SO ORDERED.

The status conference presently set for June 30, 2017 at 9:00 A.M., is hereby continued to August 25, 2017 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from June 30. 2017 through August 25, 2017 pursuant to 18 U.S.C.§§ 3161(h)(7)(A), B(iv) [Local Code T4] and 3161(h)(1)(A) [Local Code A] for defense preparation and the pending competency proceeding, based on the representations of the parties in their stipulation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: June 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4
**STIPULATION NAD PROPOSED ORDER TO CONTINUE STATUS CONFERECE**