JOSEPH A. WELCH, ESQ. STATE BAR NO. 119312
Law Offices of Joseph A. Welch
828 University Avenue
Sacramento, California 95825
Telephone: (916) 444-5501
Telecopier: (916) 920-5505

Attorney for Defendant, TATYANA SHVETS

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00322 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT & SENTENCING DATE** |
| vs. | |
| TATYANA SHVETS, | DATE: JANUARY 12, 2018 |
| | TIME: 9:30 A.M. |
| Defendant. | JUDGE: GARLAND E. BURRELL, JR. |

Defendant, TATYANA SHVETS, by and through hER attorney, Joseph A. Welch, and Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney, Heiko Coppola, hereby stipulate as follows:

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Tatyana Shvets, by and through her counsel of record, hereby stipulate that the judgment and sentencing in the matter presently set for November 17, 2017, at 9:30 a.m. may be continued to January 12, 2018, at 9:30 a.m. for a judgment and sentencing.

The parties have stipulated that the current date for the imposition of judgment and sentencing may be continued to January 12, 2018, at 9:30 a.m.

Proposed Presentence Report							December 1, 2017

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING DATE**
-1-

| | |
|---|---|
| Counsel's written objections to the Presentence Report | December 15, 2017 |
| Presentence Report shall be filed with the Court | December 22, 2017 |
| Motion for Correction of the Presentence Report | December 29, 2017 |
| Reply, or Statement of Non-Opposition | January 5, 2018 |
| Judgment and Sentencing Date | January 12, 2018 |

**IT IS SO STIPULATED.**

DATED: October 26, 2017    /s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney


DATED: October 26, 2017    /s/ Joseph A. Welch
JOSEPH A. WELCH
Attorney for Defendant, SARKIS VARPETYAN


**IT IS SO ORDERED.**

Dated: October 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge