```
 1  JOSEPH A. WELCH, ESQ. STATE BAR NO. 119312
    Law Offices of Joseph A. Welch
 2  828 University Avenue
    Sacramento, California 95825
 3  Telephone: (916) 444-5501
    Telecopier: (916) 920-5505
 4
 5  Attorney for Defendant, TATYANA SHVETS
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00322 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT & SENTENCING DATE** |
| vs. | |
| TATYANA SHVETS, | DATE: NOVEMBER 30, 2018 |
| | TIME: 9:00 A.M. |
| Defendant. | JUDGE: GARLAND E. BURRELL, JR. |

Defendant, TATYANA SHVETS, by and through her attorney, Joseph A. Welch, and Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney, Heiko Coppola, hereby stipulate as follows:

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Tatyana Shvets, by and through her counsel of record, hereby stipulate that the judgment and sentencing in the matter presently set for February 23, 2018, at 9:00 a.m. may be continued to November 30, 2018, at 9:00 a.m. for judgment and sentencing.

The parties have stipulated that the current date for the imposition of judgment and sentencing may be continued to November 30, 2018, at 9:00 a.m.

Proposed Presentence Report                                        Filed

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING DATE**
-1-

| | |
|---|---|
| Counsel's written objections to the Presentence Report | October 26, 2018 |
| Presentence Report shall be filed with the Court | November 2, 2018 |
| Motion for Correction of the Presentence Report | November 9, 2018 |
| Reply, or Statement of Non-Opposition | November 16, 2018 |
| Judgment and Sentencing Date | November 30, 2018 |

**IT IS SO STIPULATED.**

DATED: February 14, 2018     /s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney

DATED: February 14, 2018     /s/ Joseph A. Welch
JOSEPH A. WELCH
Attorney for Defendant, SARKIS VARPETYAN

**IT IS SO ORDERED.**

Dated: February 15, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge