PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00322-JAM |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| TATYANA SHVETS, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a pro se motion for compassionate release on March 30, 2020. Docket No. 319. The government's response is due May 7, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before May 11, 2021;

b) The defendant's reply to the government's response to be filed on or before 18, 2021.

IT IS SO STIPULATED.

Dated: May 7, 2021						PHILLIP A. TALBERT
								Acting United States Attorney


								/s/ HEIKO P. COPPOLA
								HEIKO P. COPPOLA
								Assistant United States Attorney


Dated: May 7, 2021						/s/ BENJAMIN RAMOS
								BENJAMIN RAMOS
								Counsel for Defendant
								TATYANA SHVETS

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 319, is due on or before May 11, 2021;

b) The defendant's reply to the government's response, if any, is due on May 18, 2021.

IT IS SO FOUND AND ORDERED this 7th day of May, 2021.

								/s/ John A. Mendez
								THE HONORABLE JOHN A. MENDEZ
								UNITED STATES DISTRICT COURT JUDGE